# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

JUL 24 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** ) | |
| vs. ) | Case No. 06-0419 AWI |
| Sandro Jimenez ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Sandro Jimenez_____ , have discussed with _____Lydia J. Serrano_____ , Pretrial Services Officer, modifications of my release conditions as follows:

Deleting the condition regarding residing at and participating in the Nirvana Drug & Alcohol Treatment Program, and replacing that condition with the following:

> You shall reside at a residence approved by the Pretrial Services Officer, and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer.

All other previously ordered conditions not in conflict to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  7/3/07         _____  7-3-07
Signature of Defendant       Date           Pretrial Services Officer    Date
Sandro Jimenez                               Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_____                                           7/20/07
Signature of Assistant United States Attorney                        Date
Kathleen Servatius

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                           7-12-07
Signature of Defense Counsel                                         Date
Preciliano Martinez

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  7/24/07 .
☐ The above modification of conditions of release is *not* ordered.

_____                                           7/24/07
Signature of Judicial Officer                                        Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services