# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SANDRO JIMENEZ,<br><br>    Defendant. | Case No.  1:06-cr-00419-LJO-BAM-1<br><br>ORDER EXONERATING BOND AND DIRECTING CLERK OF COURT TO RECONVEY BOND SECURED BY REAL PROPERTY TO SURETIES |

As relevant here, on June 1, 2007, a bail review hearing was held as to Defendant Sandro Jimenez ("Defendant").  (ECF No. 87.)  Defendant was ordered released with conditions, including securing a $150,000 property bond.  (Id.)  On December 15, 2006, Sureties Pedro M. Jimenez and Baselisa Jimenez ("Sureties") posted bail on behalf of Defendant by way of a real property bond secured by a lien against real property.  (ECF No. 170, 172.)  The lien was recorded against the real property identified as Assessor's Parcel Number (APN):  089-016-086-000, located in Turlock, California, as security for Defendant's appearance.  (Id.)  On December 11, 2018, the Hon. Lawrence J. O'Neill granted the Government's motion to dismiss and dismissed the indictment against Defendant without prejudice.  (ECF No. 229.)

On February 10, 2026, Defendant and Sureties filed an application for an order exonerating bond and releasing the real property bond.  (ECF No. 232.)[1]  On February 11, 2026, the Government filed a non-opposition.  (ECF No. 233.)

---

[1] The Court notes that Attorney Nelson F. Gomez represents Defendant and the Sureties.  (ECF No. 232, p. 2.)

1

The Court finds that because the indictment has been dismissed, Defendant has complied with the conditions of his bond and that no conditions remain to be satisfied.

Accordingly, IT IS HEREBY ORDERED that the $150,000 appearance bond secured by real property, posted by Sureties Pedro M. Jimenez and Baselisa Jimenez on behalf of Sandro Jimenez is exonerated.  Fed. R. Crim. P. 46(g).  The real property bond is discharged and any and all obligations of the surety and/or property owner are terminated.  The lien recorded against the real property located in Turlock, California, identified as APN: 089-016-086-000, Deed Document No. DOC-2006-0183075-00, by Trustors Pedro M. Jimenez and Baselisa Jiminez securing said bond, is hereby released, extinguished and of no further force or effect.

The Clerk of the Court is authorized and DIRECTED to issue the Full Reconveyance in the proper format and any other documents necessary to effectuate the release of said lien recorded as Deed Document No. DOC-2006-0183075-00 in Turlock, California, which is located in Stanislaus County.

IT IS SO ORDERED.

Dated:    **February 11, 2026**

STANLEY A. BOONE
United States Magistrate Judge